COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                          |   |                        |
|--------------------------|---|------------------------|
| IN RE: HAROLD WAYNE MITCHELL, | § | No. 08-12-00009-CR |
|                          | § | AN ORIGINAL PROCEEDING |
| Relator.                 | § | IN MANDAMUS            |
|                          | § |                        |

## <u>MEMORANDUM OPINION</u>

Relator, Harold Mitchell, has filed a petition for writ of mandamus, requesting that this Court compel the presiding judge of the 358th Judicial District Court of Ector County, Texas to enter certain orders, and grant his request to have his inmate trust account reimbursed for certain expenditures. Because this Court's mandamus authority does not include the Respondent in this case, the petition is denied. *See* TEX.GOV'T CODE ANN. § 22.221(b) (West 2004).


GUADALUPE RIVERA, Justice

January 18, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)